JODI LINKER
Federal Public Defender
Northern District of California
SAMANTHA JAFFE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: samantha_jaffe@fd.org

Counsel for Defendant ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ALFREDO ZEPEDA,<br>Defendant. | **Case No.:** CR 24–617 CRB<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO SET BRIEFING SCHEDULE ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Jose Alfredo Zepeda will be filing a motion for early termination of supervised release.[1] The parties have conferred, and propose the following briefing schedule:

Defense files opening motion: November 18, 2026

Government files response: November 25, 2026

Defense files optional reply: December 2, 2026

Hearing on motion: December 9, 2026 at 1:30 p.m.

[1] Law students from the Stanford Criminal Defense Clinic will be assisting defense counsel on the motion, and defense counsel respectfully requests this Court allow them to argue it on the requested hearing date.

IT IS SO STIPULATED.

Dated: October 15, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S

SAMANTHA JAFFE
Assistant Federal Public Defender

Dated: October 15, 2026

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

SAILAJA PAIDIPATY
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ALFREDO ZEPEDA,<br>Defendant. | **Case No.:** CR 24–617 CRB<br>**~~[PROPOSED]~~ ORDER TO SET BRIEFING SCHEDULE ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

The briefing schedule agreed upon by the parties is hereby ordered:

Defense files opening motion: November 18, 2026

Government files response: November 25, 2026

Defense files optional reply: December 2, 2026

Hearing on motion: December 9, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 16, 2026

CHARLES BREYER
Senior United States District Judge